# EXHIBIT A

## Introduction

This employee handbook has been prepared for your information regarding the policies and benefits of Carlson Environmental Consultants, PC. PLEASE READ IT CAREFULLY. Upon completion of your review of this handbook, and after having received answers to any questions you may have, please sign the statement below and return to the corporate office. A reproduction of this acknowledgement appears at the back of this booklet for your records.

My signature below signifies that I received and read a copy of the Carlson Environmental Consultants, PC (CEC) Employee Handbook.

I have familiarized myself with the contents of this handbook. By my signature below, I acknowledge and understand the information contained in this Employee Handbook. I have had an opportunity to ask questions about this Employee Handbook. I understand this handbook is not intended to cover every situation that may arise during my employment, but is simply a general guide to the policies, practices, benefits and expectations of CEC.

I understand that CEC Employee Handbook is not a contract of employment and should not be deemed as such, and that I am an employee at will. I understand my employment may be terminated at any time, for any reason, without notice or cause.

_____
Employee Signature

Print name: _Matthew Outlaw_

Date: _03/20/12_

Nunes, Seth A.
Senior Vice President
12715 Key Lime Blvd
West Palm Beach, FL 33412
Mobile: 863-634-7185

Walls, Peter J.
Senior Vice President
21 Guyton Street
Greenville, SC 29615
Mobile: 864-354-3450

<u>NC office address</u>:
305 South Main Street
Monroe, NC 28112

<u>FL office address</u>:
12715 Key Lime Blvd
West Palm Beach, FL 33412

**Our normal office hours are:**

**8:00 am to 5:00 pm -- Monday-Friday**

## ACKNOWLEDGEMENT

My signature below signifies that I received and read a copy of the Carlson Environmental Consultants, PC (CEC) Employee Handbook.

I have familiarized myself with the contents of this handbook. By my signature below, I acknowledge and understand the information contained in this Employee Handbook. I have had an opportunity to ask questions about this Employee Handbook. I understand this handbook is not intended to cover every situation that may arise during my employment, but is simply a general guide to the policies, practices, benefits and expectations of CEC.

I understand that CEC Employee Handbook is not a contract of employment and should not be deemed as such, and that I am an employee at will. I understand my employment may be terminated at any time, for any reason, without notice or cause.

_____  03/20/12
Employee Signature
Matthew Outlaw