# EXHIBIT C

## General Handbook Acknowledgment

This Employee Handbook is an important document intended to help you become acquainted with Carlson Environmental Consultants. This document is intended to provide guidelines and general descriptions only; it is not the final word in all cases. Individual circumstances may call for individual attention.

Because CEC's operations may change, the contents of this Handbook may be changed at any time, with or without notice, in an individual case or generally, at the sole discretion of management.

Please read the following statements and sign below to indicate your receipt and acknowledgment of this Employee Handbook.

> **I have received and read a copy of Carlson Environmental Consultants' Employee Handbook. I understand that the policies, rules and benefits described in it are subject to change at the sole discretion of CEC at any time.**
>
> **I further understand that my employment is terminable at will, either by myself or CEC, with or without cause or notice, regardless of the length of my employment or the granting of benefits of any kind.**
>
> **I understand that no contract of employment other than "at will" has been expressed or implied, and that no circumstances arising out of employment will alter "at will" status except an express written agreement signed by the President or Executive Vice President of Carlson Environmental Consultants.**
>
> **I understand that my signature below indicates that I have read and understand the above statements and that I have received a copy of CEC's Employee Handbook.**

Employee's Printed Name: Matthew Outlaw
Position: O&M Director

Employee's Signature: _____
Date: 01/27/2020

The signed original copy of this acknowledgment should be given to management - it will be filed in your personnel file.

Matt Outlaw

CEC

Case 3:25-cv-00220-FDW-SCR    Document 1-3    Filed 03/31/25    Page 2 of 2