# EXHIBIT G



# New Operating Agreement – Major Aspects We Need to Develop

## Exit strategies and selling some shares

- Open buy/sell clause – can sell anytime back to company or to other members with approval of managers  Anyone should be able to sell back to the company or individuals. Would be set by the board on how it would go.
- Triggered buy/sell events – death, bankruptcy, termination (with/without cause), illegal encumbrance, material breach, etc
- Put option – requires company or members to buy a members interest after some trigger  ot really critical to have this. I think  should not make this even an option
- Call option – requires member to sell interest to company or other member after some trigger  I dont think we have this even as an option
- Need to give company leverage to enforce non-competes and other items

Given the political and social sentiment I think we can have them but would have to be consistent, legal, very narrow focused, and not punative and would have to call out very specific items in the agreement. I just don;t think these agreements are worth a damn anymore, I think if you treat people with dignaty and respect and pay them welland provide opportunities to grow, they will not leave. If they do.....we cannot own people they have free will, such that they don't start to poach and steal after leaving.

Partners Meeting

---

## Comments 20

**Matthew Outlaw** — Aug 23

Given the political and social sentiment I think we can have them but would have to be consistent, legal, very narrow focused, and not punative and would have to call out very specific items in the agreement. I just don;t think these agreements are worth a damn anymore, I think if you treat people with dignaty and respect and pay them welland provide them with opportunities to grow, they will not leave. If they do.....we cannot own people they have free will, such that they don't start to poach and steal after leaving.

Reply

Page 7

**Matthew Outlaw** — Aug 23

Board memebrs should vote on it with at least 75% majority, then moving to all Owners, must get 75% approval to sell or 75% approval to not to accept offer.  Drag along rights should apply, as minorities are just that....minorities.

Reply
Trinity Environmental Solutions