# EXHIBIT H

# Matthew outlaw

## Resignation Letter

**October 03, 2024**

To: Seth Nunes/Jim Christiansen (Managing Partners, President, COO & CEO)

Kindly accept this letter as my formal resignation as Environmental & Industrial Cleaning Director and Principal at Integrity Environmental Solutions. My last day is expected to be on Friday, October 18, 2024 and if that cannot be accommodated, then no later than Friday, September 01, 2024.

I am incredibly grateful for the opportunities that I have been given here and will cherish moving forward. I would also like to thank you for being supportive of my growth, not only in a professional manner but also as in personal capacity. Everyone has been such a superlative mentor and contributor to my growth here, which I am eternally grateful for. I would like to give special thanks and appreciation to Seth, Vince, Taylor and Jim for the amazing opportunities and guidance through the years and being such great mentors (and business partners), as I will never forget what each of you have given (and thought) me through the almost 13 years of being employed here. It has been such an amazing journey with you guys.

Let me know how I can help in making the transition of responsibilities as seamless as possible for everyone involved, as my goal is to me as little burdensome as possible during this transition.

Thank you again,

*[signature]*

Matthew Outlaw