# EXHIBIT I



**Matthew Outlaw** ⊘ (He/Him) · 2nd

Vice President - BIOVAC Industrial Services

Wadsworth, Ohio, United States · Contact info

500+ connections

BioVac Industrial Services, An LFG Service Partners...

Florida State University

[+ Connect]   [✈ Message]   [View my services]   [More]

A. Norm Cornell, Brock McNabb, P.E., and 84 other mutual connections

▸ Profile enhanced with Premium

## Services

I specialize in industrial and environmental cleaning with a high knowledge in projects in extraction and pumping of solids, sediment, liquids and sludges. We clean anything from tanks and ponds to pipes and culverts for all industries ...see more