IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:25-CV-220

| | |
|---|---|
| **INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC and JJAM STAND, LLC.,** | )<br>)<br>)<br>) |
| *Plaintiffs*, | )     **Certification** |
| -vs- | )<br>)<br>) |
| **MATTHEW OUTLAW,** | ) |
| *Defendant.* | |

Pursuant to the June 18, 2024 Standing Order of this Court In Re: Use of Artificial Intelligence, 3:24-mc-104, the undersigned submits the following certification in relation to the previously-filed Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Leave to Amend (Document No. 10).

1. No artificial intelligence was employed in doing the research for the preparation of this Memorandum, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg, as well as Google Scholar;

2. Every statement and every citation to an authority contained in this Memorandum has been checked by the undersigned as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

1

Respectfully submitted,

This the 5th day of September, 2025,

**HULL & CHANDLER**

/s/ Elizabeth Vennum
Elizabeth Vennum
NC State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 375-8488
Fax: (704) 375-8487
E-mail: lvennum@lawyercarolina.com
*Counsel for Defendant Matthew Outlaw*

## Certificate of Service

The undersigned certifies that on this day, the foregoing was filed with the Court's electronic filing system, which will serve a copy on counsel for all other Parties as follows:

> G. Bryan Adams, III
> Van Hoy, Reutlinger, Adams, Pierce, & Tisdale, PLLC
> 737 East Boulevard
> Charlotte, North Carolina 28203
> bryan.adams@vraptlaw.com
> *Counsel for Plaintiffs*

This, the 5th day of September, 2025

                                        /s/ Elizabeth Vennum
                                        Elizabeth Vennum