# EXHIBIT 1

## LFG Subpoena Production Excerpts ("Placeholder" only)