UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC and JJAM STAND, LLC

*Plaintiff*
v.

MATTHEW OUTLAW and LFG SERVICE PARTNERS, INC.

*Defendant*

Civil Action No. 3:25-cv-220

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
LFG SERVICE PARTNERS, INC.
By serving its counsel of record,
Jim Drozdowski
Shawn McGraw
Kaufman, Drozdowski & Grendell, LLC
29525 Chagrin Boulevard
Pepper Pike, OH  44122

   **A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

   G. Bryan Adams, III
   VAN HOY, REUTLINGER, ADAMS, PIERCE & TISDALE, PLLC
   737 East Boulevard
   Charlotte, NC  28203
   Email: bryan.adams@vraptlaw.com

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

*[Signature: Katherine L. Simon]*

Katherine Hord Simon, Clerk
United States District Court

Date 11/6/2025

**Civil Action No.** 3:25-cv-220

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏   **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____   _____
                                                                **Server's signature**

_____
**Printed name and title**

_____
**Server's address**

**Additional information regarding attempted service, etc:**