IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-cv-220

| | |
|---|---|
| INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC, and JJAM STAND, LLC | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| MATTHEW OUTLAW and LFG SERVICE PARTNERS, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**MOTION FOR EXTENSION OF
CASE MANAGEMENT ORDER DEADLINES**

Plaintiffs hereby move the Court to extend the current deadlines set forth in the Case Management Order ("CMO") for completion of discovery, mediation and dispositive motions in this case. The grounds for this Motion are as follows:

1. This lawsuit was filed on March 11, 2025 (Doc. 1).

2. On August 13, 2025, Plaintiffs Integrity Environmental Solutions, LLC and JJAM STAND, LLC received a production of documents from Defendant LFG Service Partners, Inc. ("LFGSP") in response to a subpoena they had served on LFGSP on April 30, 2025.

3. Following receipt of LFGSP's subpoena production, on August 22, 2025, Plaintiffs filed a Motion to Amend their Complaint to add LFGSP as a party Defendant. (Doc. 8). The Court granted the Plaintiffs' Motion to Amend on October 20, 2025.

4. The Plaintiffs filed their First Amended Complaint on October 20, 2025 (Doc. 16). LFGSP's counsel agreed to accept service of the First Amended Complaint, and the same has been served on LFGSP's counsel. LFGSP has just retained local counsel and needs additional time to review the First Amended Complaint and to prepare responsive pleadings.

5. LFGSP waived formal service of the First Amended Complaint and, as such, pursuant to Rule 4 of the Federal Rules of Civil Procedure, it has sixty (60) days, through and including January 5, 2026 within which to file its Answer or other responsive pleadings.

6. The CMO currently provides deadlines for the completion of discovery by December 5, 2025, mediation by December 12, 2025 and the filing of dispositive motions by January 9, 2026.

7. Given LFGSP's being only recently added to this lawsuit as a party Defendant, it will need time to review the First Amended Complaint and to file its Answer or other responsive pleadings.

8. After the filing of responsive pleadings, the parties will have significant discovery to conduct, including written discovery between Plaintiffs and LFGSP, additional written discovery from Plaintiffs to Defendant Matthew Outlaw, and the taking of a number of depositions including Outlaw, numerous personnel from LFGSP, and several former employees of Plaintiffs who Plaintiffs believe have relevant knowledge of Outlaw's and LFGSP's actions as alleged in the First Amended Complaint. Many of these witnesses are located out of state in Florida, Ohio and other locations outside of North Carolina such that counsel for the parties will likely be required to travel. The impending holidays will complicate moving forward with those depositions until after the first of the year once Plaintiffs have at least had the opportunity to serve and obtain responses to a first set of written discovery to LFGSP.

9. In addition to the foregoing, the parties also need additional time so that they can explore a potential settlement of this case to see if the lawsuit can be resolved without the necessity of incurring the expenses related to discovery and mediation.

10. The parties have conferred regarding this Motion. Plaintiffs believe that, with the recent addition of Defendant LFGSP as a party, extending the current deadlines by six (6) months would provide sufficient time for the parties to complete all necessary discovery prior to conducting a mediation in this case, to conduct mediation and to file dispositive motions and have them heard prior to trial. If granted, the new deadlines would be as follows: completion of discovery by June 5, 2026, mediation by June 11, 2026 and the filing of dispositive motions by July 6, 2026.

11. Defendant LFGSP has not formally made an appearance in this case and has until January 5, 2026 to file its Answer or other responsive pleadings. However, the Plaintiffs have conferred with LFGSP regarding this motion, and LFGSP consents to the motion, pending further modifications to the CMO resulting from the Rule 26(f) conference to be held following its filing of responsive pleadings in this case.

12. Plaintiffs have also conferred with Defendant Outlaw regarding this Motion. Outlaw does not consent to any extension.

13. Plaintiffs certify that this motion is made in good faith for the reasons set forth herein and not for the purpose of unnecessarily delaying these proceedings.

WHEREFORE, Plaintiffs move the Court to extend the discovery, mediation and dispositive motions deadlines as follows: Completion of discovery by June 5, 2026, mediation by June 11, 2026 and filing of dispositive motions by July 6, 2026.

This the 26th day of November, 2025.

*s/G. Bryan Adams, III*
G. Bryan Adams, III (NC Bar No. 17307)
VAN HOY, REUTLINGER, ADAMS,
PIERCE & TISDALE, PLLC
737 East Boulevard
Charlotte, NC 28203
Telephone: 704-375-6022
Fax: 704-375-6024
Email: bryan.adams@vraptlaw.com

**ATTORNEYS FOR PLAINTIFF INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this MOTION FOR EXTENSION OF CMO DEADLINES was served on the Defendants' counsel of record through the Court's ECF electronic filing system addressed as follows:

> Liz Vennum
> Hull & Chandler, P.A.
> 1009 East Boulevard
> Charlotte, NC 28203
> lvennum@lawyercarolina.com
>
> Eric Spengler
> Spengler & Agans, PLLC
> 352 N. Caswell Road
> Charlotte, NC 28204
> eric@s-a.law

and a courtesy copy to LFGSP out of state counsel as follows:

> Jim Drozdowski
> Shawn McGraw
> Kaufman, Drozdowski & Grendell, LLC
> 29525 Chagrin Boulevard
> Pepper Pike, OH 44122
> jimd@kdglegal.com
> smcgraw@kdglegal.com

This the 26th day of November, 2025.

> *s/ G. Bryan Adams, III*
> G. Bryan Adams, III
> N.C. Bar No. 17307
> VAN HOY, REUTLINGER, ADAMS, PIERCE
> & TISDALE, PLLC
> 737 East Boulevard
> Charlotte, North Carolina 28203
> Telephone: 704-375-6022
> Fax: 704-375-6024
> Email: bryan.adams@vraptlaw.com
>
> **ATTORNEYS FOR PLAINTIFF INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC**