IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-cv-220

| | |
|---|---|
| INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC, and JJAM STAND, LLC<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW OUTLAW and LFG SERVICE PARTNERS, INC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Eric Spengler, of the law firm of Spengler & Agans, PLLC, enters this Notice of Appearance as counsel on behalf of Defendant LFG Service Partners, Inc. in this matter. Please serve Eric Spengler with all future notices and any other documents filed or served in connection with this matter at the address provided below.

Respectfully Submitted,

Dated: December 29, 2025

/s/ *Eric Spengler*
NC Bar # 47165
SPENGLER + AGANS PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
(704) 999-8733
eric@s-a.law

*Attorney for Defendant*
*LFG Service Partners, Inc.*