IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-cv-220

| | |
|---|---|
| INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC, and JJAM STAND, LLC<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW OUTLAW and LFG SERVICE PARTNERS, INC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER AMENDED COMPLAINT**

Defendant LFG Service Partners, Inc. ("LFG"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and with the consent of all parties, respectfully moves the Court for a 30-day extension of time to answer or otherwise respond to the Amended Complaint. (ECF No. 16).

In support of this Motion, LFG states as follows:

1. On March 11, 2025, Plaintiffs Integrity Environmental Solutions LLC and JJAM Stand LLC ("Plaintiffs") filed a Complaint naming only Matthew Outlaw ("Outlaw") as a party defendant. (ECF No. 1).

2. On October 20, 2025, with leave of Court, Plaintiffs filed an Amended Complaint, naming LFG as an additional defendant.

3. On November 19, 2025, LFG voluntarily accepted service of process effective as of November 6, 2025, by filing a Waiver of the Service of Summons.

1

4. Accordingly, LFG's answer is not due until on or before January 5, 2026 (i.e., within 60 days of November 6, 2025), pursuant to Rule 4(d)(3).

5. LFG requests a 30-day extension of time, through and including February 4, 2026, to answer or otherwise respond to the Amended Complaint.

6. Good cause exists for the requested extension. The additional time will assist the parties in attempting to achieve a party-driven resolution (as it relates to LFG) and, if necessary, allow counsel for LFG adequate time to finalize its responsive pleading.

7. The requested extension is not interposed for an improper purpose and will not materially delay the proceedings.

8. **All** parties (Plaintiffs and Outlaw) **consent** to the relief requested in this motion.

9. This is LFG's first request for an extension of the deadline to answer the Amended Complaint.

WHEREFORE, Defendant LFG Service Partners, Inc respectfully requests the Court grant this Motion and extend its deadline to answer or otherwise respond to the Amended Complaint through and including **February 4, 2026**, and grant such other and further relief as the Court deems just and proper.

Dated: December 29, 2025

/s/ *Eric Spengler*
NC Bar # 47165
SPENGLER + AGANS PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
(704) 999-8733
eric@s-a.law

*Attorney for Defendant LFG Service Partners, Inc.*