IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-cv-220

| | |
|---|---|
| INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC, and JJAM STAND, LLC | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MATTHEW OUTLAW and LFG SERVICE PARTNERS, INC., | ) ) |
| | ) |
| Defendants. | ) ) |

## MOTION FOR EXTENSION OF
## CASE MANAGEMENT ORDER DEADLINES

Plaintiffs hereby move the Court to extend the current deadlines set forth in the Case Management Order ("CMO") for completion of discovery, mediation and dispositive motions in this case. The grounds for this Motion are as follows:

1. This lawsuit was filed on March 11, 2025 (Doc. 1).

2. On August 20, 2025, the Court granted the Plaintiff's Motion to Amend their Complaint to add LFG Service Partners, Inc. ("LFGSP") as a party defendant in this lawsuit.

3. On December 3, 2025, the Court entered an Order granting the Plaintiffs' Partially Opposed Motion for Extension of Time of Scheduling Order Deadlines, extending the deadline for discovery to June 5, 2026, the mediation deadline until June 11, 2026, and the dispositive motions deadline to July 6, 2026.

4. At this time, the parties have exchanged written discovery. Plaintiffs and Defendant LFGSP are currently in the process of working through supplemental discovery

exchanges prompted by initial responses to their respective discovery responses. Plaintiffs and LFGSP view this second round of additional written discovery critical to enabling the parties to evaluate the prospect of settlement and to ensuring that the parties' mediation is productive.

5. In addition to the foregoing, the parties have had ongoing discussions regarding potential resolution of this lawsuit, but they have reached an impasse pending exchange of the foregoing second round of exchange of documents referenced above.

6. The parties have collectively agreed to use Steve Dunn of Miles Mediation as the mediator for this case, however, due to his heavy mediation schedule and conflicts in the parties' schedules, there are no dates available before the current June 11, 2026 deadline.

7. Plaintiffs and LFGSP estimate that it will take another 30 days to complete their final exchange of written discovery. Following that, the parties would like some additional time to conduct a few depositions if this would be helpful toward moving the case toward resolution in mediation.

8. Plaintiffs and LFGSP are in agreement that extending the discovery and mediation deadlines by 45 days through and including July 26, 2026 and the motions deadline to August 26, 2026 would enable the parties to complete all discovery, conduct a productive mediation and then, if the case cannot be resolved, file dispositive motions. Defendant Outlaw does not consent to these proposed extensions.

9. The parties certify to the Court that this motion is made in good faith for the reasons set forth above.

WHEREFORE, Plaintiffs, with the consent of LFGSP, move the Court to extend the discovery, mediation and dispositive motions deadlines as follows: the deadline for discovery and

mediation will be extended to July 26, 2026 and the motions deadline will be extended to August

26, 2026.

This the 11th day of May, 2026.

> *s/G. Bryan Adams, III*
> G. Bryan Adams, III (NC Bar No. 17307)
> VAN HOY, REUTLINGER, ADAMS,
> PIERCE & TISDALE, PLLC
> 737 East Boulevard
> Charlotte, NC  28203
> Telephone:  704-375-6022
> Fax:  704-375-6024
> Email:  bryan.adams@vraptlaw.com
>
> **ATTORNEYS FOR PLAINTIFF INTEGRITY**
> **ENVIRONMENTAL SOLUTIONS, LLC**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that this MOTION FOR EXTENSION OF CMO DEADLINES was served on the Defendants' counsel of record through the Court's ECF electronic filing system addressed as follows:

Liz Vennum
Hull & Chandler, P.A.
1009 East Boulevard
Charlotte, NC 28203
lvennum@lawyercarolina.com

Eric Spengler
Spengler & Agans, PLLC
352 N. Caswell Road
Charlotte, NC 28204
eric@s-a.law

and a courtesy copy to LFGSP out of state counsel as follows:

Jim Drozdowski
Shawn McGraw
Kaufman, Drozdowski & Grendell, LLC
29525 Chagrin Boulevard
Pepper Pike, OH 44122
jimd@kdglegal.com
smcgraw@kdglegal.com

This the 11th day of May, 2026.

*s/ G. Bryan Adams, III*
G. Bryan Adams, III
N.C. Bar No. 17307
VAN HOY, REUTLINGER, ADAMS, PIERCE
& TISDALE, PLLC
737 East Boulevard
Charlotte, North Carolina 28203
Telephone: 704-375-6022
Fax: 704-375-6024
Email: bryan.adams@vraptlaw.com
**ATTORNEYS FOR PLAINTIFF INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC**