# EXHIBIT 3

# Filed Provisionally <u>Under Seal</u>