# EXHIBIT 4

# Filed Provisionally <u>Under Seal</u>