# EXHIBIT 5

# Filed Provisionally <u>Under Seal</u>