# EXHIBIT 6

# Filed Provisionally <u>Under Seal</u>