# EXHIBIT 7

# Filed Provisionally <u>Under Seal</u>