# EXHIBIT 8

# Filed Provisionally <u>Under Seal</u>