# EXHIBIT 9

# Filed Provisionally <u>Under Seal</u>