# EXHIBIT 10

# Filed Provisionally <u>Under Seal</u>