# EXHIBIT 11

# Filed Provisionally <u>Under Seal</u>