IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-cv-220

INTEGRITY ENVIRONMENTAL )
SOLUTIONS, LLC, and JJAM )
STAND, LLC )
)
     Plaintiffs, )
)
v. )
)
MATTHEW OUTLAW and LFG SERVICE )
PARTNERS, INC., )
)
     Defendants. )
_____ )

## PLAINTIFFS' MOTION FOR EXTENSION OF CASE MANAGEMENT ORDER DEADLINES

Plaintiffs hereby move the Court to extend the current deadlines set forth in the Case Management Order ("CMO") for completion of discovery in this case. The grounds for this Motion are as follows:

1. On May 11, 2026, this Court granted the Plaintiffs' partially opposed motion to extend the discovery, mediation and dispositive motions to their current dates: July 26, 2026 for discovery and mediation and August 26, 2026 for dispositive motions.

2. One of the primary reasons Plaintiffs sought the May 11, 2026 extensions was to related to LFG's inadequate April 24, 2026 document production in response to Plaintiffs' March 18, 2026 discovery requests. Plaintiffs' counsel notified LFG counsel on May 3, 2026 that their discovery production was deficient, as it was unilaterally limited to one customer and virtually everything else was objected to as an overly broad fishing expedition. Plaintiffs had hoped that,

with more time, LFG would, in good faith, produce responsive documents that would ensure that the July 23, 2026 mediation would be productive.

3. Between May 6 and July 15, 2026, the undersigned sent LFG counsel numerous documents containing confidential information about bids and proposals Plaintiffs had submitted from 2023 to 2025 to help LFG narrow the scope of its search and to further facilitate and expedite its production. During this same time frame, LFG counsel indicated that the parties should explore a stipulation to take depositions following the end of discovery if the case was not resolved in the July 23, 2026 mediation. Plaintiffs counsel was agreeable to this and followed up with LFG counsel on July 13, July 15 and July 20, 2026 about this with no response.

4. On July 13, 2026, the undersigned requested an update as to when it could expect LFG's supplemental discovery, because Plaintiffs needed to file a motion to compel discovery if those documents were not forthcoming.

5. LFG counsel consistently complained that every confidential document Plaintiffs produced to facilitate LFG's search for responsive documents was inadequate, not enough, not sufficiently detailed, etc.

6. Finally, on July 16, 2026, one week before the mediation, and 10 days before the close of discovery, LFG served two sets of documents on Plaintiffs' counsel. Combined, the two sets of documents amounted to only 434 pages, with the Confidential Documents and Attorneys Eyes Only designated documents being heavily redacted and nearly 160 pages of the production consisted of policies and template forms that are of no value. That said, the documents confirmed what Plaintiffs had been alleging since the beginning of this lawsuit - that Outlaw assisted LFG in submitting bids and proposals to Plaintiffs' Major Clients.

7. After reviewing these documents, Plaintiffs' counsel emailed LFG counsel, stating that since their supplemental production showed that Outlaw was submitting bids and proposals to Plaintiffs' Major Clients on behalf of LFG, LFG needed to produce <u>all</u> of their bids and proposals during the time of Outlaw's employment, which Plaintiffs had requested in their Requests for Production 1 through 7. The undersigned also proposed that the parties move for an extension of the discovery period to allow time for depositions after the mediation date or that the parties enter into a stipulation providing for such post-discovery mediations. On July 20, 2026, LFG counsel rejected this proposal and any sort of extension or stipulation, after having indicated weeks before that LFG was open to this.

8. Based on the sequence of events summarized above, and as more particularly described in Plaintiffs' Motion to Compel filed contemporaneously with this motion, it would appear that LFG delayed producing its supplemental production to effectively "run out the clock" so that Plaintiffs would not have sufficient time to obtain other responsive bids and proposals they have been seeking since March 2026 through formal discovery and as early as April 2025 through its subpoena to LFG before it became a party in this lawsuit.

9. LFG and Outlaw do not consent to this motion.

10. Plaintiffs respectfully move the Court for an extension of the discovery period through and including September 4, 2026 to enable the parties to conduct depositions following mediation.

11. In the alternative, if the Court will not grant an extension of the discovery period, Plaintiffs move that they be allowed to take two discrete depositions following discovery, specifically, Defendant Matthew Outlaw and LFG Chief Executive Officer James Baird, on or before August 26, 2026.

12. Plaintiffs certify to the Court that this motion is made in good faith for the reasons set forth above.

WHEREFORE, Plaintiffs move the Court to extend the discovery deadline to September 4, 2026, or in the alternative, that the Court grant Plaintiffs an extension through and including August 26, 2026 to conduct the depositions of Defendant Matthew Outlaw and LFG Chief Executive Officer James Baird.

This the 22nd day of July, 2026.

*s/G. Bryan Adams, III*
G. Bryan Adams, III (NC Bar No. 17307)
VAN HOY, REUTLINGER, ADAMS,
PIERCE & TISDALE, PLLC
737 East Boulevard
Charlotte, NC  28203
Telephone:  704-375-6022
Fax:  704-375-6024
Email:  bryan.adams@vraptlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this MOTION FOR EXTENSION OF CMO DEADLINES was served on the Defendants' counsel of record through the Court's ECF electronic filing system addressed as follows:

Liz Vennum
Hull & Chandler, P.A.
1009 East Boulevard
Charlotte, NC 28203
lvennum@lawyercarolina.com

Eric Spengler
Spengler & Agans, PLLC
352 N. Caswell Road
Charlotte, NC  28204
eric@s-a.law

Jim Drozdowski
Shawn McGraw
Kaufman, Drozdowski & Grendell, LLC
29525 Chagrin Boulevard
Pepper Pike, OH  44122
jimd@kdglegal.com
smcgraw@kdglegal.com

This the 22nd day of July, 2026.

*s/ G. Bryan Adams, III*
G. Bryan Adams, III
N.C. Bar No. 17307
VAN HOY, REUTLINGER, ADAMS, PIERCE & TISDALE, PLLC
737 East Boulevard
Charlotte, North Carolina 28203
Telephone:  704-375-6022
Fax:  704-375-6024
Email:  bryan.adams@vraptlaw.com
**ATTORNEYS FOR PLAINTIFFS**