IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action No. 3:25-cv-220

INTEGRITY ENVIRONMENTAL
SOLUTIONS et al.,

Plaintiffs,

v.

MATTHEW OUTLAW et al.,

Defendants.

## REPORT OF MEDIATOR

I hereby report and certify that on July 23, 2026, the parties and their respective attorneys participated in a mediated settlement conference with the undersigned, the result of which was a settlement of all claims. The parties will be filing a stipulation of dismissal.

This 23 day of July, 2026.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesadr.com
*Mediator*