**N THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:25-cv-220**

| | |
|---|---|
| **INTEGRITY ENVIRONMENTAL SOLUTIONS, LLC, AND JJAM STAND, LLC,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**MATTHEW OUTLAW and LFG SERVICE PARTNERS, INC.,**<br><br>**Defendants.** | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, by and through their counsel, hereby jointly give notice of the dismissal of the above-captioned action with prejudice. Each party will bear its own costs and expenses.

The parties agree that the Court may retain jurisdiction over this matter for the limited purpose of entering the Consent Judgment between Plaintiffs and Defendant Matthew Outlaw specifically in accordance with the terms and conditions set forth therein.

This the 1st day of September, 2026.

*s/G. Bryan Adams, III*
G. Bryan Adams, III
N.C. Bar No. 17307
VAN HOY, REUTLINGER, ADAMS, PIERCE & TISDALE, PLLC
737 East Boulevard
Charlotte, NC 28203
Telephone: 704-375-6022
Email: bryan.adams@vraptlaw.com
*Attorneys for Plaintiffs*

*s/Elizabeth Vennum*
Elizabeth Vennum
N.C. Bar No. 49747
HULL & CHANDLER, P.A.
1009 East Boulevard
Charlotte, NC 28203
Telephone: 704-375-8488
Email: lvennum@lawyercarolina.com
*Attorneys for Defendant Matthew Outlaw*

*s/Eric Spengler*
Eric Spengler
Spengler & Agans, PLLC
352 N. Caswell Road
Charlotte, NC 28204
Email: eric@s-a.law

*s/ Jim Drozdowski*
Jim Drozdowski
Shawn McGraw
*Admitted Pro Hac Vice*
Kaufman, Drozdowski & Grendell, LLC
29525 Chagrin Boulevard
Pepper Pike, OH 44122
Email: jimd@kdglegal.com
smcgraw@kdglegal.com

*Attorneys for Defendant LFG Service Partners, Inc.*